# THE PARKER LAW GROUP P.C.

28 Valley Road
Montclair, New Jersey 07042
Phone: 347-292-9042
ghp@parkerlawusa.com

<u>Via ECF</u>
The Honorable Marcia M. Henry
United States Magistrate Judge
United States District Court

    **Re:** *Alfatina Johnson-Creekmore v. SLB Holdings LLC and Miguel's Locksmith & Security Corp.*

      **Docket No. 1:24-cv-01475 (PKC)(MMH)**

Dear Judge Henry:

  We represent the plaintiff in the above-entitled action. Pursuant to Your Honor's Order of May 30, 2024, the parties write this letter to advise as to the outcome of the mediation. The parties are pleased to report that they have reached an agreement in principle to resolve this action. Accordingly, the parties respectfully ask the Court for permission to file the Stipulation of Dismissal by November 22, 2024. Thank you for your time and attention to this matter. With kindest regards, I am

            very truly yours,

            Glen H. Parker, Esq.